**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_COLUMBUS DIVISION**

| | | |
|---|---|---|
| **LAJAYVIOUS KEUNTA LAMAR KIMBROUGH,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **V.** | : | **NO. 4:25-cv-00335-CDL-AGH** |
| | : | |
| **MUSCOGEE COUNTY JAIL,** | : | |
| | : | |
| **Respondent.** | : | |

## ORDER OF DISMISSAL

Petitioner Lajayvious Keunta Lamar Kimbrough, a detainee in the Muscogee County Jail in Columbus, Georgia, filed a pleading on the form for a 28 U.S.C. § 2254 habeas corpus petition. ECF No. 1. Petitioner's pleading did not appear to be challenging his confinement because the only issue raised was the failure of jail staff to treat his tooth pain. *See id.* Therefore, Petitioner was ordered to recast his pleading on a 42 U.S.C. § 1983 complaint form if he wanted to proceed with this case. ECF No. 3. Petitioner was also ordered to either pay the $405.00 filing fee for his complaint or submit a properly completed motion to proceed *in forma pauperis*. Petitioner was given fourteen days to complete these actions and was cautioned that his failure to do so may result in the dismissal of this case. *Id.*

The time for compliance passed, and Petitioner failed to recast his complaint, pay the filing fee, file a motion to proceed *in forma pauperis*, or otherwise respond to the Court's order. Accordingly, Petitioner was ordered to show cause to the Court why this

case should not be dismissed for failure to comply with the Court's order to recast his complaint and either pay the filing fee or move to proceed *in forma pauperis*.   ECF No. 4. Petitioner was given fourteen days to respond to the show cause order and was cautioned that his failure to do so would likely result in the dismissal of this case.   *Id.*

More than fourteen days have passed since the order to show cause was entered, and Petitioner has not responded to that order.   Therefore, because Petitioner has failed to respond to the Court's orders or otherwise prosecute this case, this case is now **DISMISSED WITHOUT PREJUDICE**.   *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 17th day of March, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2